# EXHIBIT D

Mic



# Twitter is skewering the 'New York Post' for a piece on why a man "won't date hot women"

By **Marie Solis** | April 13, 2017

Men have different ways of showing their commitment to feminism. One courageous man, for example, is doing his part to smash the patriarchy by only dating average-looking women. Inspiring!

The *New York Post* published a piece Wednesday titled "Why I Won't Date Hot Women Anymore," profiling such a man: an insufferable private equity executive named David Rochkind. The 40-year-old Upper West Side resident humbly told the *Post* there was a time when he could have anyone he wanted, which meant he always went after the "hottest girl you could find."

Not anymore!

After learning that hot women can't "carry a conversation," Rochkind reformed and started dating his fiancée, Carly Spindel, whom the *Post* calls a "merely beautiful woman."

As you can imagine, Twitter had some harsh words for the Rochkind and some words of advice for Spindel.









**Daniel Kibblesmith** ☃ ✓
@kibblesmith

Sorry ladies but you just lost your chance with Mr. February from my Passably Hot Substitute Teachers calendar

10:07 PM - Apr 12, 2017

♥ 411    💬 70 people are talking about this



**Caroline Moss** ✓
@socarolinesays

I hope Carly is changing the locks

10:59 PM - Apr 12, 2017

♥ 78    👤 See Caroline Moss's other Tweets

**Jill Filipovic** ✓
@JillFilipovic

Everyone in this article is amazing & the best part is you can see very clearly into their horrible futures.

nypost.com/2017/04/12/why…

8:13 AM - Apr 13, 2017







Mic

**Why I won't date hot women anymore**

When it came to dating in New York as a 30-something executive in private equity, Dan Rochkind had no problem snagging the city's

nypost.com

81 34 people are talking about this

**Gideon Resnick** @GideonResnick

this caption is so savagely written this has to be a piece of satire

8:33 AM - Apr 13, 2017

279 87 people are talking about this

And at least one Twitter user saw an opportunity in Rochkind's swearing off of "hot women":

LIVING

# Why I won't date hot women anymore

By Christian Gollayan

April 12, 2017 | 6:26pm | Updated

**shan** @no_talent_shan





♡ 270    💬 26 people are talking about this

Rochkind joins the ranks of men like Dave Hon, the man who bravely penned the column "Why I'll Never Date a Feminist" in September to similar outrage.

To these men and others we say: Boy, bye.

Share:   Share   Tweet   Email   Copy link



By **Marie Solis**

✉ Email    🐦 Follow

**Related stories by this author**

- The 'Charging Bull' sculptor thinks the 'Fearless Girl' statue breaches his rights
  April 12, 2017

- Women are more likely to do invisible housework, study shows
  April 5, 2017

- It turns out, millennial men have some antiquated beliefs about women's role in society
  March 31, 2017

Advertisement

**UrbanCred.com - Everyday Carry - Premium Gear for Urban Use**

"CRED" for 10% Off Your Adventures in the City & More. Free Shipping Over $50.

urbancred.com