UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN YANG,

                Plaintiff,

- against -

MIC NETWORK, INC.,

                Defendant.

Civil Action No. 18-cv-07628 (AJN)

## DECLARATION OF ELEANOR M. LACKMAN

ELEANOR M. LACKMAN declares as follows:

1. I am admitted to the bar of this Court and am a partner at the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for defendant Mic Network, Inc. ("Mic") in the above-captioned matter. I make this declaration in support of Mic's Motion to Dismiss plaintiff Stephen Yang's ("Plaintiff") Complaint dated August 21, 2018 (Dkt. 1).

2. Attached hereto as **Exhibit A** is a true and correct printout from the PACER online federal docket database illustrating a search conducted by my office of copyright infringement lawsuits filed by Plaintiff.

3. Attached hereto as **Exhibit B** is a true and complete screen capture of a *New York Post* article entitled "Why I Don't Date Hot Women Anymore," published on April 12, 2017, and available at https://nypost.com/2017/04/12/why-hot-people-arent-worth-dating/.

4. Attached hereto as **Exhibit C** is a true and complete screen capture of an article published on Mic's website, www.mic.com, entitled "Twitter is Skewering the 'New York Post' for a Piece on Why a Man 'Won't Date Hot Women,'" published on April 13, 2017, and available at https://mic.com/articles/174065/twitter-is-skewering-the-new-york-post-for-a-piece-

on-why-man-won-t-date-hot-women#.uwBW3uXOg.

 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
   November 1, 2018

_____
ELEANOR M. LACKMAN