

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

Eleanor M. Lackman
212 974 7474 ext 1958
ELackman@cdas.com

FREDERICK P. BIMBLER
SUSAN H. BODINE
ANDREA F. CANNISTRACI
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
ANDY MILLER■
SIMON N. PULMAN*○
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD♦
SCOTT J. SHOLDER*
KENNETH N. SWEZEY†
NANCY E. WOLFF●*†

POONEH AMINIAN■
ADAM BEASLEY
ALISON E. BENSIMON
LINDSAY R. EDELSTEIN*
SARA GATES
JOSHUA M. GREENBERG
MIKAELA I. GROSS
DANIEL J. HALEY*
BRIANA HILL■
NOVIKA ISHAR
BENJAMIN JAFFE
HANJOONG KIM
CHRISTINE-MARIE LAUTURE
MARISSA B. LEWIS*
ANDREW C. TUNNARD

OF COUNSEL:
ROBERT I. FREEDMAN

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
(1943-2001)
HOWARD ABRAHAMS
(1945-1996)

■ ADMITTED IN CA
† ALSO ADMITTED IN CA
♦ ALSO ADMITTED IN DC
○ ALSO ADMITTED IN GA
* ALSO ADMITTED IN NJ
● ALSO ADMITTED IN PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394

December 21, 2018

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2101
New York, NY 10007

Re:   *Yang v. Mic Network, Inc.*, 18-cv-07628 (AJN)

Dear Judge Nathan:

Our firm represents defendant Mic Network Inc. ("Defendant") in the above-captioned matter. We write pursuant to Rule 1.D of Your Honor's Individual Practices to request an extension of time to submit a reply in further support of Defendant's Motion to Dismiss plaintiff Stephen Yang's ("Plaintiff") Amended Complaint.

The original date for submission of Defendant's reply is December 26, 2018, the day after Christmas. Given the intervening holiday, and the holiday following shortly thereafter, Defendant is respectfully requesting an extension of this deadline until January 7, 2019. This is the first request for an extension of this deadline, and Plaintiff, through his counsel, consents to the extension. No other deadlines have been scheduled in this case, and accordingly, the requested extension of time will not impact any dates previously scheduled after the original response date.

We thank the Court for its attention to this matter.

Respectfully submitted,

Eleanor M. Lackman

cc:   All Counsel of Record (via ECF and E-mail)