# EXHIBIT A

# Cowan, DeBaets, Abrahams & Sheppard LLP

Attorneys at Law
41 Madison Avenue, 38th Floor
New York, NY 10010
Tel: (212) 974-7474  Fax: (212) 974-8474
Web: www.cdas.com
E-Mail: cdas@cdas.com

Mic Network, Inc.
325 Hudson Street
Suite 1001
New York, NY 10013
finance@mic.com

Bill Date: October 1, 2018
Bill # 99546                EML
Client # 02080  -   00009

**RE:**   **Yang**

| | | | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** | | | | | |
| 09/22/18 | EML | Review and analyze new complaint for strategy in response. | 0.30 | 570 | 171.00 |
| 09/25/18 | EML | Correspondence with L. Edelstein regarding complaint and anticipated motion; draft note to J. Dunne regarding extension of time. | 0.40 | 570 | 228.00 |
| | | **TOTAL FEES FOR THIS MATTER** | | | **$399.00** |

**SUMMARY OF CHARGES ON THIS BILL**   through   September 30, 2018

| Init. | Hrs. | Rate | Amount |
|---|---|---|---|
| EML | 0.70 | 570.00 | $399.00 |
| Total fees | | 0.70 | $399.00 |
| Total charges for this bill | | | $399.00 |
| Net current charges | | | $399.00 |
| Net charges due | | | $399.00 |
| **TOTAL BALANCE NOW DUE** | | | **$399.00** |

**City National Bank Wiring Instructions**
**Account Name: Cowan, DeBaets, Abrahams & Sheppard, LLP - Operating Account**
**Bank Name and Address: City National Bank, 400 Park Avenue, New York, NY 10022**
**Account No.: 665123421 Routing No.: 026013958 Swift Code: CINAUS6L**

# Cowan, DeBaets, Abrahams & Sheppard LLP

Attorneys at Law
41 Madison Avenue, 38th Floor
New York, NY 10010
Tel: (212) 974-7474  Fax: (212) 974-8474
Web: www.cdas.com
E-Mail: cdas@cdas.com

Mic Network, Inc.
325 Hudson Street
Suite 1001
New York, NY 10013
finance@mic.com

Bill Date: November 1, 2018
Bill # 99779                EML
Client # 02080  -  00009

**RE:**   <u>Yang</u>

| | |
|---|---:|
| Balance as of bill dated   10/01/2018 | $399.00 |
| Payments received since last bill | 0.00 |
| Unpaid Balance forward | $399.00 |

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description | Hrs. | Rate | Amount |
|---|---|---|---:|---:|---:|
| 09/27/18 | LRE | Draft request for extension. | 0.20 | 295 | 59.00 |
| 10/15/18 | LRE | Refer to Judge's rules in preparation for filing MTD. | 0.10 | 295 | 29.50 |
| 10/23/18 | LRE | Draft motion to dismiss. | 1.00 | 295 | 295.00 |
| 10/25/18 | LRE | Draft motion to dismiss. | 6.00 | 295 | 1,770.00 |
| 10/26/18 | LRE | Draft motion to dismiss. | 2.60 | 295 | 767.00 |
| 10/27/18 | EML | Review and revise briefing on motion to dismiss complaint. | 1.40 | 570 | 798.00 |
| 10/29/18 | LRE | Revise motion to dismiss incorporating E. Lackman comments. | 3.40 | 295 | 1,003.00 |

**TOTAL FEES FOR THIS MATTER**    **$4,721.50**

**SUMMARY OF CHARGES ON THIS BILL**   through   October 31, 2018

| Init. | Hrs. | Rate | Amount |
|---|---:|---:|---:|
| LRE | 13.30 | 295.00 | $3,923.50 |
| EML | 1.40 | 570.00 | $798.00 |
| Total fees | 14.70 | | $4,721.50 |
| Total charges for this bill | | | $4,721.50 |
| Net current charges | | | $4,721.50 |
| Net charges due | | | $4,721.50 |
| Plus unpaid balance forward | | | $399.00 |
| **TOTAL BALANCE NOW DUE** | | | **$5,120.50** |

| Cowan, DeBaets, Abrahams & Sheppard LLP | Client # 02080 - 00009 | Bill# 99779 | Page 2 |

**City National Bank Wiring Instructions**
**Account Name: Cowan, DeBaets, Abrahams & Sheppard, LLP - Operating Account**
**Bank Name and Address: City National Bank, 400 Park Avenue, New York, NY 10022**
**Account No.: 665123421 Routing No.: 026013958 Swift Code: CINAUS6L**

# Cowan, DeBaets, Abrahams & Sheppard LLP

Attorneys at Law
41 Madison Avenue, 38th Floor
New York, NY  10010
Tel: (212) 974-7474  Fax: (212) 974-8474
Web: www.cdas.com
E-Mail: cdas@cdas.com

Mic Network, Inc.
325 Hudson Street
Suite 1001
New York, NY 10013
finance@mic.com

Bill Date: December 1, 2018
Bill #  100394           EML
Client #  02080  -   00009

**RE:** **Yang**

|  |  |
|---|---:|
| Balance as of bill dated   11/01/2018 | $5,120.50 |
| Payments received since last bill | 0.00 |
| Unpaid Balance forward | $5,120.50 |

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Init. | Description | Hrs. | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/31/18 | LRE | Draft notice of motion and declaration of E. Lackman; revise draft of motion to dismiss. | 1.10 | 295 | 324.50 |
| 11/01/18 | EML | Review papers; revise memorandum of law. | 0.70 | 570 | 399.00 |
| 11/01/18 | LRE | Final review of motion to dismiss prior to filing. | 1.40 | 295 | 413.00 |
| 11/01/18 | RL | Updated the table of contents and table of authorities, and e-filed Defendant's Motion to Dismiss, Memorandum in Support and Declaration. | 1.80 | 195 | 351.00 |
| 11/27/18 | RL | Drafted and e-filed Notice of Appearance for L. Edelstein | 0.20 | 195 | 39.00 |
| 11/29/18 | LRE | Review of amended complaint and correspondence with client re same. | 0.70 | 295 | 206.50 |
|  |  | **TOTAL FEES FOR THIS MATTER** |  |  | **$1,733.00** |

**SUMMARY OF CHARGES ON THIS BILL**    through   November 30, 2018

| Init. | Hrs. | Rate | Amount |
|---|---:|---:|---:|
| LRE | 3.20 | 295.00 | $944.00 |
| EML | 0.70 | 570.00 | $399.00 |
| RL | 2.00 | 195.00 | $390.00 |
| Total fees | 5.90 |  | $1,733.00 |
| Total charges for this bill |  |  | $1,733.00 |
| Net current charges |  |  | $1,733.00 |
| Net charges due |  |  | $1,733.00 |
| Plus unpaid balance forward |  |  | $5,120.50 |
| **TOTAL BALANCE NOW DUE** |  |  | **$6,853.50** |

Cowan, DeBaets, Abrahams & Sheppard LLP          Client #  02080  -     00009            Bill#  100394          Page  2

**City National Bank Wiring Instructions**
**Account Name: Cowan, DeBaets, Abrahams & Sheppard, LLP - Operating Account**
**Bank Name and Address: City National Bank, 400 Park Avenue, New York, NY 10022**
**Account No.: 665123421 Routing No.: 026013958 Swift Code: CINAUS6L**

# Cowan, DeBaets, Abrahams & Sheppard LLP

Attorneys at Law
41 Madison Avenue, 38th Floor
New York, NY  10010
Tel: (212) 974-7474  Fax: (212) 974-8474
Web: www.cdas.com
E-Mail: cdas@cdas.com

Mic Network, Inc.
325 Hudson Street
Suite 1001
New York, NY 10013
finance@mic.com

Bill Date: January 1, 2019
Bill #  100748       EML
Client #  02080  -   00009

**RE:** <u>Yang</u>

| | | |
|---|---|---|
| Balance as of bill dated   12/01/2018 | | $6,853.50 |
| Payments received since last bill | | 0.00 |
| Unpaid Balance forward | | $6,853.50 |

| **FOR PROFESSIONAL SERVICES RENDERED** | | <u>Hrs.</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/04/18  LRE | Revise motion to dismiss. | 2.50 | 295 | 737.50 |
| 12/05/18  LRE | Revise motion to dismiss and preparation for filing. | 2.40 | 295 | 708.00 |
| 12/05/18  RL | E-filed Motion to Dismiss Amended Complaint, Memorandum and Declaration of E. Lackman in Support of Motion. | 0.30 | 195 | 58.50 |
| 12/18/18  LRE | Correspondence with opposing counsel re extension. | 0.10 | 295 | 29.50 |
| 12/19/18  LRE | Review of Plaintiff's opposition motion. | 0.20 | 295 | 59.00 |
| 12/19/18  LRE | Draft request for extension. | 0.30 | 295 | 88.50 |
| 12/20/18  LRE | Review of Kienitz case in preparation for drafting reply brief. | 0.30 | 295 | 88.50 |
| 12/21/18  EML | Review opposition brief; draft heavy outline for reply brief. | 6.50 | 570 | 3,705.00 |
| 12/21/18  LRE | Discussion with E. Lackman re reply; email correspondence with client re same. | 0.60 | 295 | 177.00 |
| 12/21/18  RL | E-filed Motion for Extension of Time to File Defendants Reply on Motion to Dismiss | 0.10 | 195 | 19.50 |
| 12/28/18  EML | Draft reply brief. | 4.80 | 570 | 2,736.00 |
| | **TOTAL FEES FOR THIS MATTER** | | | **$8,407.00** |

**SUMMARY OF CHARGES ON THIS BILL**   through   December 31, 2018

| <u>Init.</u> | <u>Hrs.</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| LRE | 6.40 | 295.00 | $1,888.00 |
| EML | 11.30 | 570.00 | $6,441.00 |

Cowan, DeBaets, Abrahams & Sheppard LLP    Client #  02080  -  00009    Bill#  100748    Page  2

| | | | |
|---|---:|---:|---:|
| RL | 0.40 | 195.00 | $78.00 |
| Total fees | | 18.10 | $8,407.00 |
| Total charges for this bill | | | $8,407.00 |
| Net current charges | | | $8,407.00 |
| Net charges due | | | $8,407.00 |
| Plus unpaid balance forward | | | $6,853.50 |
| **TOTAL BALANCE NOW DUE** | | | **$15,260.50** |

<u>**City National Bank Wiring Instructions**</u>
**Account Name: Cowan, DeBaets, Abrahams & Sheppard, LLP - Operating Account**
**Bank Name and Address: City National Bank, 400 Park Avenue, New York, NY 10022**
**Account No.: 665123421 Routing No.: 026013958 Swift Code: CINAUS6L**

# Cowan, DeBaets, Abrahams & Sheppard LLP

Attorneys at Law
41 Madison Avenue, 38th Floor
New York, NY  10010
Tel: (212) 974-7474  Fax: (212) 974-8474
Web: www.cdas.com
E-Mail: cdas@cdas.com

Mic Network, Inc.
c/o BDG Media, Inc.
315 Park Avenue S - 11th floor
New York, NY 10010
Invoice: ap@bustle.com

Bill Date: February 1, 2019
Bill #  101637            EML
Client #  02080  -    00009

**RE:**  <u>Yang</u>

|  |  |
|---|---|
| Balance as of bill dated   01/01/2019 | $15,260.50 |
| Payments received since last bill | 6,454.50 |
| Unpaid Balance forward | $8,806.00 |

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Init. | Description | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/18 | LRE | Review of Yang opposition and correspondence with E. Lackman re same. | 0.20 | 295 | 59.00 |
| 01/02/19 | EML | Review revised brief with citations; further edit reply brief. | 1.30 | 600 | 780.00 |
| 01/02/19 | LRE | Revise reply on motion to dismiss. | 4.20 | 335 | 1,407.00 |
| 01/05/19 | RL | Uploaded Defendant's Reply Memorandum of Law in Further Support of Motion to Dismiss First Amended Complaint and reviewed same for citations | 0.80 | 210 | 168.00 |
| 01/06/19 | LRE | Revise reply motion. | 0.10 | 335 | 33.50 |
| 01/07/19 | EML | Final review and polish of reply brief. | 0.90 | 600 | 540.00 |
| 01/07/19 | LRE | Review and prepare brief for filing. | 0.70 | 335 | 234.50 |
| 01/07/19 | RL | Continue cite checking and finalize the Reply Memorandum of Law in Support of Motion to Dismiss and reconciled the cite check with the last version of the Memorandum; conferenced with E. Edelstein re same. | 0.90 | 210 | 189.00 |

**TOTAL FEES FOR THIS MATTER**         **$3,411.00**

**SUMMARY OF CHARGES ON THIS BILL**   through   January 31, 2019

| Init. | Hrs. | Rate | Amount |
|---|---|---|---|
| LRE | 5.20 | 333.93 | $1,734.00 |
| EML | 2.20 | 600.00 | $1,320.00 |
| RL | 1.70 | 210.00 | $357.00 |
| Total fees | 9.10 |  | $3,411.00 |

Cowan, DeBaets, Abrahams & Sheppard LLP     Client #  02080  -   00009     Bill#  101637     Page  2

| | |
|---|---|
| Total charges for this bill | $3,411.00 |
| Net current charges | $3,411.00 |
| Net charges due | $3,411.00 |
| Plus unpaid balance forward | $8,806.00 |
| **TOTAL BALANCE NOW DUE** | **$12,217.00** |

<u>**City National Bank Wiring Instructions**</u>
<u>**Account Name: Cowan, DeBaets, Abrahams & Sheppard, LLP - Operating Account**</u>
<u>**Bank Name and Address: City National Bank, 400 Park Avenue, New York, NY 10022**</u>
<u>**Account No.: 665123421 Routing No.: 026013958 Swift Code: CINAUS6L**</u>