# EXHIBIT B

PACER Search Results – Cases filed January 1, 2020 through July 1, 2020 in which Richard Liebowitz is listed as an attorney[1]

| Date Filed | Case Number | Court | Case Title |
| --- | --- | --- | --- |
| 6/25/2020 | 1:2020cv04900 | nysdc | Ratje v. Gannett Satellite Information Network, LLC |
| 6/25/2020 | 1:2020cv04902 | nysdc | Peterson v. CBS Studios Inc. |
| 6/25/2020 | 1:2020cv04903 | nysdc | Proimos v. Metromile Insurance Services LLC |
| 6/25/2020 | 3:2020cv01694 | txndc | Tritt v. Denison Ministries |
| 6/24/2020 | 1:2020cv02817 | nyedc | Smith v. 10XBeta, LLC |
| 6/24/2020 | 1:2020cv04865 | nysdc | Brewer v. Sofia Vergara Enterprises, Inc. et al |
| 6/24/2020 | 1:2020cv00662 | txwdc | Proimos v. Thriveworks Solutions, LLC |
| 6/23/2020 | 1:2020cv04830 | nysdc | McDermott v. LaborPress Inc. |
| 6/23/2020 | 1:2020cv04831 | nysdc | Chosen Figure LLC v. Smiley Miley, Inc. et al |
| 6/23/2020 | 1:2020cv04832 | nysdc | Proimos v. Madison Property Group, LLC |
| 6/22/2020 | 1:2020cv04783 | nysdc | Joshua Wong Photography, LLC v. Jonas Brothers Enterprises LLC et al |
| 6/22/2020 | 1:2020cv04784 | nysdc | Paciullo v. Tory Burch LLC |
| 6/22/2020 | 1:2020cv04785 | nysdc | Paciullo v. Mother Brand LLC |
| 6/21/2020 | 1:2020cv04749 | nysdc | Plastik v. Cable News Network, Inc. |
| 6/18/2020 | 1:2020cv04663 | nysdc | Eva's Photography, Inc. v. Rachel Katz, LLC |
| 6/18/2020 | 1:2020cv04707 | nysdc | Chin v. Insider, Inc. |
| 6/18/2020 | 1:2020cv04708 | nysdc | Sakellarides v. The Colored Girl, LLC |
| 6/17/2020 | 1:2020cv04661 | nysdc | Sparks v. About, Inc. |
| 6/17/2020 | 1:2020cv04662 | nysdc | Mateo v. Justin Bieber Brands, LLC et al |
| 6/17/2020 | 5:2020cv00708 | txwdc | Sadowski v. IHeartMedia, Inc. |
| 6/16/2020 | 2:2020cv02655 | nyedc | Wexler v. Cobalt Boats, LLC |
| 6/16/2020 | 1:2020cv02672 | nyedc | Wexler v. Synergy Prep, Inc. |
| 6/16/2020 | 1:2020cv04593 | nysdc | Wisser v. Tribune Publishing Company, LLC |
| 6/16/2020 | 1:2020cv04601 | nysdc | Kalfus v. Presbyterian Journal Co., Inc. |
| 6/14/2020 | 1:2020cv04550 | nysdc | Cuellar v. The Kooples USA Inc. |
| 6/14/2020 | 1:2020cv04551 | nysdc | Sayoga v. Variety Media, LLC |
| 6/14/2020 | 2:2020cv02825 | paedc | Dermansky v. Hispanic Media, LLC |
| 6/13/2020 | 1:2020cv04544 | nysdc | Eva's Photography, Inc. v. Editorialist YX, LLC |
| 6/13/2020 | 1:2020cv04546 | nysdc | McGlynn v. Cube New York Inc. |
| 6/13/2020 | 1:2020cv04547 | nysdc | Guerin v. PSXDanielle LLC |
| 6/12/2020 | 1:2020cv04542 | nysdc | Opinaldo v. Smythe Inc. |
| 6/12/2020 | 1:2020cv04543 | nysdc | Elatab v. Julia Von Boehm Inc. |
| 6/12/2020 | 2:2020cv01173 | azdc | Kwintkiewicz v. Whats Up LLC |
| 6/11/2020 | 1:2020cv02620 | nyedc | Schwabel v. True Nature Education Inc. |
| 6/11/2020 | 1:2020cv04503 | nysdc | Ermert v. Cable News Network, Inc. |
| 6/11/2020 | 1:2020cv04504 | nysdc | Ermert v. Newsweek Media Group, Inc. |
| 6/11/2020 | 3:2020cv00469 | inndc | Campbell v. Gray Television, Inc. |
| 6/10/2020 | 2:2020cv02593 | nyedc | Brickman v. Cox Media Group, LLC |
| 6/10/2020 | 1:2020cv02594 | nyedc | Schwartzwald v. Bust Inc. |
| 6/10/2020 | 1:2020cv04460 | nysdc | Secker v. Oath Inc. |
| 6/9/2020 | 2:2020cv00061 | gasdc | HANSON v. GA DREAMWORKS REALTY LLC |

---

[1] PACER search criteria: Party Search; Date Filed (On or After): [01/01/2020]; Date Filed (On or Before): [07/01/2020]; Last Name: [Liebowitz]; First Name: [Richard]; Party Role: [ATY]

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 6/9/2020 | 2:2020cv02556 | nyedc | Plastik v. Meruelo Media, LLC |
| 6/9/2020 | 1:2020cv02556 | nyedc | Plastik v. Meruelo Media, LLC |
| 6/9/2020 | 2:2020cv02572 | nyedc | Dirscherl v. Denison Yacht Sales, Inc. |
| 6/9/2020 | 1:2020cv04421 | nysdc | Bolden v. Meredith Corporation |
| 6/9/2020 | 1:2020cv00613 | txwdc | Waterfield v. Our Sleep Guide, LLC |
| 6/8/2020 | 1:2020cv04385 | nysdc | Fortune v. Hyatt Corporation |
| 6/8/2020 | 1:2020cv00609 | txwdc | Smith v. Alamo Drafthouse Cinemas, LLC |
| 6/7/2020 | 2:2020cv02538 | nyedc | Hirsch v. Forsythe Media Group LLC |
| 6/5/2020 | 2:2020cv02509 | nyedc | Guthridge v. TTW Associates, Inc. |
| 6/5/2020 | 1:2020cv04283 | nysdc | Santos v. Tribune Publishing Company, LLC |
| 6/4/2020 | 1:2020cv02482 | nyedc | ASAT Outdoors, LLC v. MadeMe, LLC |
| 6/4/2020 | 1:2020cv04255 | nysdc | Khoroshavina v. Hilton Worldwide Holdings Inc. |
| 6/4/2020 | 1:2020cv04282 | nysdc | Stridiron v. Associated Newspapers (U.S.A.) Limited |
| 6/4/2020 | 1:2020cv00598 | txwdc | Goldsmith v. Alfavor Petroleum Corporation |
| 6/3/2020 | 1:2020cv04221 | nysdc | Au v. Do You Remember?, Inc. |
| 6/3/2020 | 1:2020cv04253 | nysdc | Dorgan v. First Klass Breakfast, LLC |
| 6/2/2020 | 1:2020cv04219 | nysdc | Landau v. Skyhorse Publishing, Inc. |
| 6/2/2020 | 1:2020cv04220 | nysdc | Parisienne v. Source Digital, Inc. |
| 6/2/2020 | 5:2020cv00607 | nyndc | Roberts v. Gray Television, Inc. |
| 6/1/2020 | 1:2020cv02435 | nyedc | Yang v. My Modern Met Store, LLC |
| 6/1/2020 | 1:2020cv04187 | nysdc | Alvarado v. India Abroad Publications Inc. |
| 6/1/2020 | 1:2020cv04188 | nysdc | Tabak v. The Culture Trip (USA) Ltd. |
| 6/1/2020 | 1:2020cv04189 | nysdc | Tabak v. Barstool Sports, Inc. |
| 5/31/2020 | 1:2020cv02417 | nyedc | Harbus v. Joongangilbo USA, Inc. |
| 5/31/2020 | 1:2020cv02416 | nyedc | Harbus v. M&R Specialty Trailers & Trucks Inc. |
| 5/31/2020 | 4:2020cv00233 | azdc | Schmidt v. Clifton Hotel LLC |
| 5/31/2020 | 1:2020cv00641 | nywdc | Harbus v. Flora Media, Inc. |
| 5/31/2020 | 4:2020cv01908 | txsdc | Bee Creek Photography v. ALRE LLC |
| 5/30/2020 | 1:2020cv04150 | nysdc | Alvarado v. H Code Media, Inc. |
| 5/29/2020 | 2:2020cv04819 | cacdc | Marco Verch v. Elevare Skin, LLC |
| 5/29/2020 | 1:2020cv04106 | nysdc | Alfred v. Slam Media Inc. |
| 5/29/2020 | 1:2020cv04107 | nysdc | Pires v. Beverage Media Group, Inc. |
| 5/29/2020 | 1:2020cv04149 | nysdc | Vila v. Loewe LLC |
| 5/29/2020 | 4:2020cv00557 | txndc | Fedun v. PJ Media, LLC |
| 5/28/2020 | 2:2020cv02369 | nyedc | Foley v. Chapel Hill Media Group, LLC |
| 5/28/2020 | 1:2020cv02369 | nyedc | Foley v. Chapel Hill Media Group, LLC |
| 5/28/2020 | 1:2020cv04082 | nysdc | Giles v. The Select 7 LLC |
| 5/28/2020 | 1:2020cv04103 | nysdc | Kuhmstedt v. Cable News Network LP, LLLP |
| 5/27/2020 | 1:2020cv02352 | nyedc | Barron v. DraftExpress Inc. |
| 5/27/2020 | 1:2020cv04079 | nysdc | Sands v. Papaya Holdings, LLC |
| 5/27/2020 | 4:2020cv00695 | moedc | Sands v. Gateway Blend, LLC |
| 5/26/2020 | 1:2020cv02350 | nyedc | Bekiempis v. Hyperfresh Magazine, Inc. |
| 5/26/2020 | 1:2020cv04054 | nysdc | Krieger v. Dolce & Gabbana USA Inc. |
| 5/25/2020 | 1:2020cv04027 | nysdc | Sugiyama v. Kanzhongguo Association Inc. |

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 5/25/2020 | 1:2020cv04028 | nysdc | Boesen v. Insider, Inc. |
| 5/25/2020 | 3:2020cv01344 | txndc | McDermott v. Salem Web Network LLC |
| 5/22/2020 | 1:2020cv02307 | nyedc | Dermansky v. Eastern Shore Mobile Drug & Alcohol Testing LLC |
| 5/22/2020 | 1:2020cv02324 | nyedc | Ayiomamitis v. Capitol Broadcasting Company, Incorporated |
| 5/22/2020 | 1:2020cv03964 | nysdc | Lukaszewicz v. WSN Inc. |
| 5/22/2020 | 1:2020cv04022 | nysdc | Roethlisberger v. Hornet Networks Inc. |
| 5/22/2020 | 2:2020cv00773 | wiedc | Integral Images Inc v. Megababe LLC |
| 5/22/2020 | 3:2020cv01342 | txndc | Pena v. Fitish LLC |
| 5/22/2020 | 4:2020cv01803 | txsdc | Dermansky v. DRC Emergency Services, LLC |
| 5/21/2020 | 4:2020cv03458 | candc | Verch v. Six Foods LLC |
| 5/21/2020 | 1:2020cv03935 | nysdc | Giles v. L & L Travel Enterprises, Inc. |
| 5/21/2020 | 1:2020cv03963 | nysdc | Yllanes v. Lorraine E. Schwartz Inc. |
| 5/21/2020 | 3:2020cv00433 | tnmdc | Malluk v. Freeman Webb Incorporated |
| 5/20/2020 | 1:2020cv02268 | nyedc | Harbus v. Sina.com Online |
| 5/20/2020 | 1:2020cv03927 | nysdc | Ramales v. JHud Productions, Inc. et al |
| 5/19/2020 | 1:2020cv03909 | nysdc | Gattoni v. Microsoft Corporation |
| 5/19/2020 | 1:2020cv01432 | codc | Longwell v. Swift Communications, Inc. |
| 5/19/2020 | 2:2020cv00363 | flmdc | Mancha v. Gray Television Inc |
| 5/19/2020 | 4:2020cv01751 | txsdc | Pettit v. Well Horse Products LLC |
| 5/18/2020 | 1:2020cv03858 | nysdc | Paciullo v. House of Fluff Inc. |
| 5/18/2020 | 1:2020cv03859 | nysdc | Yonezu v. Mental Floss, Inc. |
| 5/18/2020 | 1:2020cv03861 | nysdc | Yonezu v. Organic Olivia LLC |
| 5/18/2020 | 1:2020cv03864 | nysdc | Murray v. Montroy DeMarco Architecture LLP |
| 5/17/2020 | 1:2020cv03825 | nysdc | Belyakov v. We are Constantly Thinking, Designing, and Eating LLC |
| 5/16/2020 | 1:2020cv03821 | nysdc | Rodriguez v. Whole World Water, LLC |
| 5/16/2020 | 1:2020cv03822 | nysdc | Flanagan v. Grocery Delivery E-Services USA Inc. |
| 5/16/2020 | 1:2020cv03823 | nysdc | Brightfield v. Aman Resorts Group Limited |
| 5/15/2020 | 2:2020cv02212 | nyedc | Majerus v. Pergola Kits USA Inc. |
| 5/15/2020 | 1:2020cv03756 | nysdc | Jackson v. Toteme LLC |
| 5/15/2020 | 1:2020cv03820 | nysdc | Ciamei v. Artemest USA, Inc. |
| 5/15/2020 | 4:2020cv00654 | moedc | Ciamei v. Multiply Media, LLC |
| 5/14/2020 | 2:2020cv02195 | nyedc | Giles v. Southwest Airlines Co. |
| 5/14/2020 | 3:2020cv01263 | txndc | Koring v. Dafe Global LLC |
| 5/13/2020 | 1:2020cv03728 | nysdc | Ciamei v. Dandelion Chandelier, LLC |
| 5/12/2020 | 1:2020cv03694 | nysdc | Trinkhaus v. Inter-Continental Hotels Corporation |
| 5/12/2020 | 1:2020cv03695 | nysdc | Trinkhaus v. AFAR Media LLC |
| 5/12/2020 | 3:2020cv00443 | wiwdc | Bloomfield, Jack v. L & S Electric, Inc. |
| 5/12/2020 | 3:2020cv00446 | wiwdc | Sadowski, Christopher v. Midwest Communications, Inc. |
| 5/11/2020 | 1:2020cv03664 | nysdc | Rainey v. Outdoor Hub, LLC |
| 5/11/2020 | 1:2020cv01335 | codc | Bechler v. SD Bullion, Inc. |
| 5/10/2020 | 1:2020cv00528 | nyndc | Winslow v. The Weeklings LLC et al |
| 5/10/2020 | 2:2020cv00905 | azdc | Newell v. Fender Musical Instruments Corporation |
| 5/8/2020 | 4:2020cv01623 | txsdc | Adlife Marketing & Communications Company, Inc. v. Food King Corporation |
| 5/7/2020 | 1:2020cv02080 | nyedc | Wexler v. Outer Boro Media LLC |

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 5/7/2020 | 1:2020cv02103 | nyedc | Wexler v. Vos Iz Neias LLC |
| 5/7/2020 | 1:2020cv02104 | nyedc | Craine v. Convicts, LLC |
| 5/6/2020 | 2:2020cv02055 | nyedc | Harbus v. L'Italo-Americano, LLC |
| 5/6/2020 | 2:2020cv02056 | nyedc | Trinkhaus v. The King & I Sales and Distribution Company, Inc. |
| 5/6/2020 | 1:2020cv02055 | nyedc | Harbus v. L'Italo-Americano, LLC |
| 5/6/2020 | 1:2020cv02056 | nyedc | Trinkhaus v. The King & I Sales and Distribution Company, Inc. |
| 5/6/2020 | 1:2020cv02057 | nyedc | Simhaq v. Kid Carter Touring, Inc. et. al. |
| 5/6/2020 | 1:2020cv03516 | nysdc | Zlozower v. Barstool Sports, Inc. |
| 5/6/2020 | 1:2020cv03551 | nysdc | Criss v. ReelzChannel, LLC |
| 5/6/2020 | 1:2020cv03552 | nysdc | Seidman v. Vox Media, Inc. |
| 5/5/2020 | 2:2020cv02025 | nyedc | Dirscherl v. Maverick Multimedia, Inc. |
| 5/5/2020 | 1:2020cv02025 | nyedc | Dirscherl v. Maverick Multimedia, Inc. |
| 5/5/2020 | 2:2020cv02054 | nyedc | Wisser v. The Prism Music Group, Inc. |
| 5/5/2020 | 1:2020cv02054 | nyedc | Wisser v. The Prism Music Group, Inc. |
| 5/5/2020 | 1:2020cv01262 | codc | Takeshige v. Rich Broadcasting LLC |
| 5/5/2020 | 3:2020cv00390 | tnmdc | Usherson v. Third Man Records, LLC |
| 5/5/2020 | 1:2020cv00485 | txwdc | Mustard v. InfoWars, LLC |
| 5/5/2020 | 5:2020cv00557 | txwdc | Williams v. IHeartMedia, Inc. |
| 5/4/2020 | 5:2020cv02491 | candc | Verch v. Toolfarm.com, Inc. |
| 5/4/2020 | 2:2020cv00865 | azdc | Burns v. Living Easy Arizona Real Estate LLC |
| 5/4/2020 | 2:2020cv00103 | txsdc | Chin v. Starlite Broadcasting, LLC |
| 5/1/2020 | 1:2020cv01989 | nyedc | Trinkhaus v. Pathpartner Technology, Inc. |
| 5/1/2020 | 1:2020cv03390 | nysdc | Marzullo v. Clique Brands, Inc. |
| 5/1/2020 | 1:2020cv00102 | flndc | WRIGHT v. BUSINESS VIEW PUBLISHING INC |
| 4/29/2020 | 1:2020cv01973 | nyedc | Wolman v. The Playlist Blog, LLC |
| 4/29/2020 | 1:2020cv03362 | nysdc | Fortune v. TNR II, LLC |
| 4/29/2020 | 5:2020cv00534 | txwdc | James Fortune v. Rock and Brews Holdings, Inc. |
| 4/28/2020 | 1:2020cv03299 | nysdc | Landau v. The Architect's Newspaper, LLC |
| 4/28/2020 | 1:2020cv03330 | nysdc | Ryan v. Wait You Need This, LLC |
| 4/28/2020 | 1:2020cv03331 | nysdc | Eva's Photography, Inc. v. Fendi North America, Inc. |
| 4/28/2020 | 1:2020cv03332 | nysdc | Eva's Photography, Inc. v. Caleres, Inc. |
| 4/28/2020 | 3:2020cv00257 | ncwdc | Benham v. Technology Partners, LLC |
| 4/27/2020 | 1:2020cv01915 | nyedc | Harbus v. Lead Clearance Inc. |
| 4/27/2020 | 2:2020cv01936 | nyedc | Donnelly v. Guilfoyle |
| 4/27/2020 | 1:2020cv03298 | nysdc | Landau v. Centaur Media USA Inc. |
| 4/26/2020 | 1:2020cv01914 | nyedc | Harbus v. Clean & Sober Media LLC |
| 4/26/2020 | 1:2020cv03268 | nysdc | Harbus v. SheridanHoops, Inc. |
| 4/26/2020 | 2:2020cv02309 | tnwdc | Benham v. Matthews and Associates LLC |
| 4/26/2020 | 3:2020cv05426 | flndc | PERINA v. SEA OATS MOTEL LLC |
| 4/26/2020 | 3:2020cv01036 | txndc | Stokes v. Dallas Woody's Corporation |
| 4/24/2020 | 2:2020cv00564 | alndc | Redinger v. Magic City Organics, LLC |
| 4/24/2020 | 2:2020cv00271 | almdc | Smith v. MCR Publishing, Inc. |
| 4/23/2020 | 2:2020cv01885 | nyedc | Cruz v. CBS Broadcasting Inc. |
| 4/23/2020 | 2:2020cv01894 | nyedc | VSL Dokumentikos Namai v. AIP Publishing LLC |

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 4/23/2020 | 1:2020cv03230 | nysdc | Roethlisberger v. The New York Times Company |
| 4/23/2020 | 1:2020cv03231 | nysdc | VSL Dokumentikos Namai v. British Broadcasting Corporation |
| 4/23/2020 | 3:2020cv00393 | flmdc | Dvir v. Norsan Media LLC |
| 4/23/2020 | 5:2020cv00876 | ohndc | Matula v. Triple H Magazine, Inc. |
| 4/23/2020 | 2:2020cv00104 | txndc | Wohr v. Summit Media, Inc. |
| 4/22/2020 | 1:2020cv00058 | gasdc | RADABAUGH v. CLAY TURNER REALTY GROUP LLC |
| 4/22/2020 | 2:2020cv01875 | nyedc | Kalfus v. Presbyterian Journal Co., Inc. |
| 4/22/2020 | 1:2020cv01884 | nyedc | Masters v. Seedherenow.com |
| 4/22/2020 | 1:2020cv03176 | nysdc | Smith v. Paul A. Castrucci, Architects, PLLC |
| 4/22/2020 | 1:2020cv00461 | nyndc | Mariasy v. Poopy Productions, Inc. et al |
| 4/22/2020 | 4:2020cv00572 | moedc | Wohr v. Hubbard Radio, LLC |
| 4/21/2020 | 2:2020cv00231 | alsdc | Smith v. MCR Publishing, Inc. |
| 4/21/2020 | 3:2020cv00051 | gamdc | RADABAUGH v. CLAY TURNER REALTY GROUP LLC |
| 4/21/2020 | 1:2020cv03175 | nysdc | Smith v. Artforum International Magazine, Inc. |
| 4/21/2020 | 1:2020cv01122 | codc | Jamieson v. Hoven Vision LLC |
| 4/20/2020 | 1:2020cv03126 | nysdc | Sands v. Lopez et al |
| 4/20/2020 | 4:2020cv00563 | moedc | Ayiomamitis v. National Space Society |
| 4/20/2020 | 1:2020cv00420 | txwdc | Ayiomamitis v. Sinclair Television Group, Inc. |
| 4/19/2020 | 1:2020cv01853 | nyedc | Miller v. The Slate Group LLC |
| 4/17/2020 | 2:2020cv01832 | nyedc | Stokes v. Carriage House LLC |
| 4/16/2020 | 1:2020cv03088 | nysdc | Davis v. Furious Rose Productions, Inc. et al |
| 4/16/2020 | 1:2020cv00086 | flndc | STOKES v. ALIBI MONKEY BAR PTOWN LLC |
| 4/16/2020 | 1:2020cv00409 | txwdc | LL-Squared LLC v. Tegna Inc. |
| 4/15/2020 | 1:2020cv01804 | nyedc | Carmody v. SFIST LLC |
| 4/15/2020 | 1:2020cv01817 | nyedc | Rudolph v. Advance Local Media LLC |
| 4/15/2020 | 1:2020cv01818 | nyedc | Schutz v. Genius Media Group, Inc. |
| 4/15/2020 | 1:2020cv01819 | nyedc | Nixon v. Inquisitr, LTD. |
| 4/15/2020 | 2:2020cv01819 | nyedc | Nixon v. Inquisitr, LTD. |
| 4/14/2020 | 1:2020cv01803 | nyedc | Messerschmidt v. Shareably Media, LLC |
| 4/14/2020 | 1:2020cv01056 | codc | Carmody v. MediaNews Group, Inc. |
| 4/14/2020 | 4:2020cv00530 | moedc | Belaustegui v. Quixotic Entertainment LLC |
| 4/14/2020 | 4:2020cv00531 | moedc | Belaustegui v. KC Media LLC |
| 4/13/2020 | 1:2020cv01792 | nyedc | Gutman v. The Maritime Executive, LLC |
| 4/13/2020 | 1:2020cv03005 | nysdc | Nagle v. Gracenote Digital Ventures, LLC |
| 4/13/2020 | 1:2020cv03006 | nysdc | Upper v. CBS Interactive Inc. |
| 4/13/2020 | 1:2020cv01048 | codc | Gutman v. Momma Dora Medicinals CO. |
| 4/9/2020 | 2:2020cv01749 | nyedc | Schiffman v. Situation Publishing Limited, Inc. |
| 4/9/2020 | 2:2020cv01750 | nyedc | Boot v. Semanal Media, LLC |
| 4/9/2020 | 1:2020cv01750 | nyedc | Boot v. Semanal Media, LLC |
| 4/9/2020 | 2:2020cv01759 | nyedc | Feliciano v. Food Trucks in the Valley, LLC |
| 4/9/2020 | 1:2020cv01759 | nyedc | Feliciano v. Food Trucks in the Valley, LLC |
| 4/9/2020 | 2:2020cv02269 | tnwdc | Westerkamp v. McNeill Hotel Company, LLC |
| 4/9/2020 | 2:2020cv01854 | paedc | Alvarado v. The Philadelphia Inquirer, LLC |
| 4/8/2020 | 1:2020cv01748 | nyedc | Craine v. Brooklyn Navy Yard Development Corporation |

5

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 4/8/2020 | 1:2020cv02891 | nysdc | Trinkhaus v. ConsumerTrack, Inc. |
| 4/8/2020 | 1:2020cv02892 | nysdc | Trinkhaus v. Matador Ventures, Inc. |
| 4/8/2020 | 5:2020cv00324 | okwdc | Tejada v. CSI Measurement, LLC |
| 4/7/2020 | 2:2020cv01711 | nyedc | Adlife Marketing & Communications Company, Inc. v. Wal-mart.com USA, LLC |
| 4/7/2020 | 2:2020cv01731 | nyedc | Desrus v. Babu Global LLC |
| 4/7/2020 | 1:2020cv02890 | nysdc | Ramales v. Schumer et al |
| 4/7/2020 | 4:2020cv00143 | okndc | Tejada v. CSI Measurement, LLC |
| 4/6/2020 | 1:2020cv01710 | nyedc | Verch v. Art & Logic, Inc. |
| 4/6/2020 | 1:2020cv02865 | nysdc | Opinaldo v. Francesca Simons Consulting Inc. |
| 4/5/2020 | 1:2020cv00948 | codc | Lyons v. 5280 Publishing, Inc. |
| 4/5/2020 | 3:2020cv00796 | txndc | Tritt v. Denison Ministries |
| 4/2/2020 | 2:2020cv00204 | alsdc | Redinger v. Magic City Organics, LLC |
| 4/2/2020 | 2:2020cv01685 | nyedc | Redinger v. The Art of Edibles |
| 4/2/2020 | 2:2020cv01686 | nyedc | Verch v. Elevare Skin, LLC |
| 4/2/2020 | 1:2020cv01686 | nyedc | Verch v. Elevare Skin, LLC |
| 4/2/2020 | 1:2020cv02773 | nysdc | Guerin v. Nails By Mei LLC |
| 4/1/2020 | 1:2020cv02732 | nysdc | Sands v. Latina Media Ventures LLC |
| 4/1/2020 | 1:2020cv02734 | nysdc | Sands v. Wild Sky Media Co., Ltd. |
| 4/1/2020 | 1:2020cv02735 | nysdc | Sands v. What's Trending, Inc. |
| 4/1/2020 | 1:2020cv02736 | nysdc | Guerin v. Sam Visser Makeup, Inc. |
| 3/31/2020 | 1:2020cv01638 | nyedc | Cruz v. K2 Solutions, Inc. |
| 3/31/2020 | 2:2020cv01639 | nyedc | Sands v. Marathon Medical Communications Inc. |
| 3/31/2020 | 1:2020cv01639 | nyedc | Sands v. Marathon Medical Communications Inc. |
| 3/31/2020 | 3:2020cv05262 | flndc | GOODMAN v. GANNETT SATELLITE INFORMATION NETWORK LLC |
| 3/31/2020 | 4:2020cv00023 | inndc | Babcock v. Gannett Satellite Information Network, LLC |
| 3/31/2020 | 7:2020cv05003 | nedc | Cruz v. Gray Television, Inc. |
| 3/31/2020 | 1:2020cv00354 | nyndc | Boesen v. DiMoro Enterprises, LLC |
| 3/30/2020 | 1:2020cv01612 | nyedc | Bittichesu v. Lucia Lighting and Design, Inc. |
| 3/30/2020 | 1:2020cv02649 | nysdc | Hirsch v. Barkin |
| 3/30/2020 | 1:2020cv02668 | nysdc | Schorr v. Olive Oil Times, LLC |
| 3/29/2020 | 2:2020cv01598 | nyedc | Jerstad v. LatinLife Inc. |
| 3/29/2020 | 2:2020cv01599 | nyedc | Bari v. Mighty Proud Media, Inc. |
| 3/29/2020 | 1:2020cv01599 | nyedc | Bari v. Mighty Proud Media, Inc. |
| 3/29/2020 | 1:2020cv01598 | nyedc | Jerstad v. LatinLife Inc. |
| 3/29/2020 | 1:2020cv02644 | nysdc | Apesteguy v. Nepal 24 Hours Inc. |
| 3/29/2020 | 1:2020cv02645 | nysdc | Seidman v. Aerial Design Build Services Inc. |
| 3/28/2020 | 2:2020cv01593 | nyedc | Verch v. Certifix, Inc. |
| 3/28/2020 | 2:2020cv01594 | nyedc | O'Neil v. PilyQ LLC |
| 3/28/2020 | 1:2020cv02631 | nysdc | Verch v. Blockchain Technologies Corporation |
| 3/28/2020 | 4:2020cv00022 | inndc | Glynn v. Cigar Cigar LLC |
| 3/28/2020 | 3:2020cv00743 | txndc | Walsh v. Texans MD House Calls Management LLC |
| 3/27/2020 | 1:2020cv01591 | nyedc | Verch v. Brainjolt LLC |
| 3/27/2020 | 1:2020cv02628 | nysdc | Krieger v. Alison Lou LLC |
| 3/27/2020 | 1:2020cv02629 | nysdc | McGovern v. Zuiker Press, LLC |

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 3/26/2020 | 1:2020cv02595 | nysdc | McGlynn v. InvitedNYC, Inc. |
| 3/26/2020 | 1:2020cv02596 | nysdc | Stelzer v. SB New York, Inc. |
| 3/26/2020 | 1:2020cv02597 | nysdc | Zaucha v. Forbes Media, LLC |
| 3/26/2020 | 1:2020cv00332 | txwdc | Farrington v. InfoWars, LLC |
| 3/25/2020 | 2:2020cv01552 | nyedc | Boesen v. United Sports Publications, Ltd. |
| 3/25/2020 | 1:2020cv02574 | nysdc | Boesen v. WTA Tour, Inc. |
| 3/25/2020 | 1:2020cv00325 | txwdc | Quere v. Red Ventures Insurance, LLC |
| 3/24/2020 | 1:2020cv01527 | nyedc | Stelzer v. PSW Investments, LLC |
| 3/24/2020 | 1:2020cv02544 | nysdc | Tabak v. Democracy Now! Productions, Inc. |
| 3/24/2020 | 1:2020cv02545 | nysdc | Hirsch v. Bossipmadamenoire, LLC |
| 3/24/2020 | 3:2020cv00714 | txndc | Anderson v. Guerdon Enterprises LLC |
| 3/24/2020 | 1:2020cv00318 | txwdc | Anderson v. DesignCell, LLC |
| 3/23/2020 | 1:2020cv01523 | nyedc | Miller v. Hollywood Unlocked Agency, Inc. |
| 3/23/2020 | 1:2020cv00791 | codc | Miller v. Bahakel Communications, Ltd. |
| 3/21/2020 | 1:2020cv01503 | nyedc | Rice v. Kaizen Media Group LLC |
| 3/21/2020 | 1:2020cv02486 | nysdc | Alfred v. Insider, Inc. |
| 3/21/2020 | 5:2020cv00360 | txwdc | Au v. Michael G. Imber, Architect, PLLC |
| 3/20/2020 | 1:2020cv01499 | nyedc | Haker v. Tentree International Inc. |
| 3/19/2020 | 1:2020cv02437 | nysdc | Barbera v. Foo and Foo LLC |
| 3/19/2020 | 1:2020cv02438 | nysdc | Stelzer v. Breitbart News Network, LLC |
| 3/19/2020 | 1:2020cv02439 | nysdc | Coppa v. Heavy Inc. |
| 3/19/2020 | 1:2020cv00295 | txwdc | Aberle v. Pubcrawler of Austin, LLC |
| 3/18/2020 | 1:2020cv02399 | nysdc | Zharkov v. Forbes Media, LLC |
| 3/18/2020 | 1:2020cv02401 | nysdc | Vila v. Miaouxx, LLC |
| 3/18/2020 | 1:2020cv00069 | flndc | KAMAU v. MANDY MOORE TOURING LLC et al |
| 3/18/2020 | 5:2020cv00343 | txwdc | Zlozower v. Euclid Media Group LLC |
| 3/17/2020 | 5:2020cv00107 | gamdc | QUERE v. TEPLIS TRAVEL SERVICE LP |
| 3/17/2020 | 1:2020cv02343 | nysdc | Kalter v. NTS Live LLC |
| 3/17/2020 | 1:2020cv02344 | nysdc | Fedun v. Townsquare Media, Inc. |
| 3/17/2020 | 1:2020cv02374 | nysdc | Mitchell v. James et al |
| 3/17/2020 | 5:2020cv00334 | txwdc | Paunonen v. Texas Helical Piles, LLC |
| 3/16/2020 | 5:2020cv00104 | gamdc | HANSON v. GA DREAMWORKS REALTY LLC |
| 3/16/2020 | 1:2020cv02340 | nysdc | Yang v. Dino Bones Productions, Inc. |
| 3/16/2020 | 1:2020cv02341 | nysdc | Roethlisberger v. Buzzfeed, Inc. |
| 3/16/2020 | 3:2020cv00653 | txndc | Wade v. Prep Network LLC |
| 3/15/2020 | 1:2020cv01373 | nyedc | Jamie Levine Photography v. Peter D. Pritsker, Inc. |
| 3/15/2020 | 1:2020cv02309 | nysdc | Fleishman v. E! Networks Productions, LLC |
| 3/15/2020 | 2:2020cv02189 | tnwdc | Guthridge v. Beale Street Blues Company, Inc. |
| 3/15/2020 | 4:2020cv00141 | flndc | MANCHA v. GRAY TELEVISION INC |
| 3/14/2020 | 2:2020cv01370 | nyedc | Wexler v. USIC Locating Services, LLC |
| 3/14/2020 | 1:2020cv02291 | nysdc | Peterson v. Frame LA Brands, LLC |
| 3/14/2020 | 1:2020cv02292 | nysdc | Trinkhaus v. TGI Tours Inc. |
| 3/12/2020 | 1:2020cv01349 | nyedc | Zlozower v. Metal Injection LLC |
| 3/12/2020 | 1:2020cv02244 | nysdc | Sadowski v. Ziff Davis, LLC |

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 3/12/2020 | 1:2020cv00693 | codc | Sparks v. C3 Real Estate Solutions, LLC |
| 3/12/2020 | 4:2020cv00922 | txsdc | Bee Creek Photography v. KA Housing & Development LLC |
| 3/12/2020 | 4:2020cv00923 | txsdc | Bee Creek Photography v. Hestia Home Buyers, LLC |
| 3/11/2020 | 1:2020cv02209 | nysdc | Wisser v. Cyber City, Inc. |
| 3/11/2020 | 1:2020cv02210 | nysdc | Wisser v. Project Expediters Consulting Corp. |
| 3/11/2020 | 3:2020cv00215 | inndc | Sadowski v. Real Clear Holdings, LLC |
| 3/11/2020 | 1:2020cv00259 | txwdc | Craine v. IHeartMedia, Inc. |
| 3/10/2020 | 1:2020cv02108 | nysdc | Sadowski v. Epoch Times Inc. |
| 3/9/2020 | 1:2020cv01285 | nyedc | Sadowski v. Impremedia Operating Company, LLC |
| 3/9/2020 | 1:2020cv02107 | nysdc | Vila v. J Brand, Inc. |
| 3/9/2020 | 4:2020cv00097 | okndc | Seidman v. Pennwell Corporation |
| 3/8/2020 | 1:2020cv02074 | nysdc | Gattoni v. Oath Inc. |
| 3/8/2020 | 1:2020cv02075 | nysdc | Alfred v. Sneaker News Inc. |
| 3/8/2020 | 4:2020cv00842 | txsdc | Bee Creek Photography v. Realty Fuse, LLC |
| 3/8/2020 | 1:2020cv00247 | txwdc | Bee Creek Photography v. Thompson Realty Group LLC |
| 3/5/2020 | 5:2020cv01311 | paedc | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. JOHN HERR'S VILLAGE MARKET, INC. |
| 3/5/2020 | 5:2020cv01313 | paedc | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. YODER'S MEATS, INC. |
| 3/5/2020 | 5:2020cv01310 | paedc | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. MARTIN'S COUNTRY MARKETS, LLC |
| 3/5/2020 | 5:2020cv01312 | paedc | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. OREGON DAIRY, INC. |
| 3/4/2020 | 1:2020cv01948 | nysdc | Sadowski v. Barstool Sports, Inc. |
| 3/4/2020 | 1:2020cv01949 | nysdc | Chevrestt v. Barstool Sports, Inc. |
| 3/3/2020 | 1:2020cv01909 | nysdc | Roethlisberger v. Oxido Corp. |
| 3/3/2020 | 1:2020cv01910 | nysdc | Adler v. Sussex Publishers, LLC |
| 3/2/2020 | 1:2020cv01147 | nyedc | Kelley v. Sporting Adventures International, LLC |
| 3/2/2020 | 1:2020cv01854 | nysdc | Belyakov v. Ike Behar Group, LLC |
| 3/2/2020 | 1:2020cv01855 | nysdc | Zlozower v. Gannett Satellite Information Network, LLC |
| 2/28/2020 | 1:2020cv01804 | nysdc | Eva's Photography, Inc. v. Sildan Corporation |
| 2/28/2020 | 3:2020cv00528 | txndc | Thai v. Curt Lewis & Associates LLC |
| 2/27/2020 | 1:2020cv01099 | nyedc | Hartson v. Startek Enterprises, LLC |
| 2/27/2020 | 4:2020cv00710 | txsdc | Haker v. Urban Publishers, Inc. |
| 2/26/2020 | 1:2020cv01679 | nysdc | Baccega v. 42-18 LLC |
| 2/26/2020 | 1:2020cv01717 | nysdc | Ramales v. Highline Stages, LLC |
| 2/26/2020 | 2:2020cv02137 | tnwdc | Guthridge v. Gannett Satellite Information Network, LLC |
| 2/26/2020 | 4:2020cv00692 | txsdc | Guthridge v. Minority Print Media, L.L.C. |
| 2/25/2020 | 1:2020cv01029 | nyedc | Parisienne v. Advance Local Media LLC |
| 2/25/2020 | 1:2020cv01618 | nysdc | O'Neil v. Eli Halili LLC |
| 2/25/2020 | 1:2020cv01619 | nysdc | Barbera v. Christian Siriano Holdings LLC |
| 2/25/2020 | 1:2020cv01677 | nysdc | Boesen v. Associated Newspapers (U.S.A.) Limited |
| 2/25/2020 | 1:2020cv01678 | nysdc | Clark v. Irish Studio, LLC |
| 2/25/2020 | 6:2020cv06118 | nywdc | Boesen v. Sinclair Television Group, Inc. |
| 2/24/2020 | 1:2020cv01612 | nysdc | Pires v. UOB Holdings (USA) Inc. |
| 2/24/2020 | 1:2020cv01614 | nysdc | Dermansky v. Independent World Television, Inc. |

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 2/24/2020 | 1:2020cv01615 | nysdc | Dermansky v. Cable News Network, Inc. |
| 2/24/2020 | 1:2020cv01617 | nysdc | Eva's Photography, Inc. v. Alisa, LLC |
| 2/24/2020 | 4:2020cv00657 | txsdc | Dermansky v. Tegna Inc. |
| 2/20/2020 | 2:2020cv00938 | nyedc | Harbus v. Uncoached Corp. |
| 2/20/2020 | 1:2020cv01544 | nysdc | Kuhmstedt v. Simon & Schuster, Inc. |
| 2/20/2020 | 1:2020cv01545 | nysdc | Choufour v. Dennis Publishing, Inc. |
| 2/20/2020 | 4:2020cv00290 | moedc | Bloomfield v. Bevic, Inc. |
| 2/20/2020 | 1:2020cv00195 | txwdc | Kelley v. WOS, Inc. |
| 2/19/2020 | 1:2020cv01481 | nysdc | Bereswill v. Double G Media, LLC |
| 2/19/2020 | 1:2020cv01483 | nysdc | Gonzalez v. I.A.M.GIA (US) LLC |
| 2/19/2020 | 1:2020cv01484 | nysdc | Krieger v. Tejesta, Inc. |
| 2/19/2020 | 3:2020cv00156 | inndc | Jairaj v. Gray Television, Inc. |
| 2/18/2020 | 1:2020cv00885 | nyedc | Ayiomamitis v. New Greek TV Inc. |
| 2/18/2020 | 1:2020cv00886 | nyedc | All Island Aerial LLC v. Vision Long Island, Inc. |
| 2/18/2020 | 1:2020cv01412 | nysdc | Bigelow v. Jerrick Ventures, LLC |
| 2/18/2020 | 1:2020cv01413 | nysdc | McGlynn v. Oath Inc. |
| 2/18/2020 | 3:2020cv00395 | txndc | Reilly v. Louder With Crowder LLC |
| 2/12/2020 | 1:2020cv00788 | nyedc | Au v. Realty Collective LLC |
| 2/12/2020 | 1:2020cv01221 | nysdc | Plastik v. Cable News Network, Inc. |
| 2/12/2020 | 1:2020cv01270 | nysdc | Boesen v. American Broadcasting Companies, Inc. |
| 2/12/2020 | 1:2020cv00023 | nddc | Vidyashev v. Riverfront Broadcasting, LLC |
| 2/12/2020 | 3:2020cv00132 | wiwdc | Lord, Nigel v. Athletic Business Media, Inc. |
| 2/11/2020 | 1:2020cv01174 | nysdc | Minafo v. Lee & Associates NYC LLC |
| 2/11/2020 | 1:2020cv01219 | nysdc | Southall v. Syphon Group, Inc. |
| 2/11/2020 | 1:2020cv00071 | inndc | Matula v. The Triple H Magazine, Inc. |
| 2/10/2020 | 1:2020cv00344 | codc | Chisolm v. Global Graphics & Designs Inc. |
| 2/10/2020 | 1:2020cv00155 | txwdc | Aberle v. Austin DSG, PLLC |
| 2/10/2020 | 3:2020cv00121 | wiwdc | Ferdman, Steven v. Broadway Theatre, Inc. et al |
| 2/9/2020 | 1:2020cv01118 | nysdc | Foreman v. Fred Segal, LLC |
| 2/9/2020 | 1:2020cv01119 | nysdc | Soler v. Townsquare Media, Inc. |
| 2/9/2020 | 1:2020cv00175 | nywdc | Herr v. Benczkowski |
| 2/8/2020 | 1:2020cv01115 | nysdc | Foreman v. Sephora USA, Inc. |
| 2/7/2020 | 1:2020cv00702 | nyedc | Nixon v. Genius Media Group, Inc. |
| 2/6/2020 | 1:2020cv00132 | nyndc | Benham v. Technology Partners, LLC |
| 2/5/2020 | 1:2020cv00634 | nyedc | Gianfrancesco v. IPlay America, L.L.C. |
| 2/5/2020 | 2:2020cv00660 | nyedc | All Island Aerial, LLC v. Marriott International, Inc. |
| 2/5/2020 | 1:2020cv00960 | nysdc | Rudkowski v. Associated Newspapers (U.S.A.) Limited |
| 2/5/2020 | 1:2020cv00961 | nysdc | Roussel v. Fandango Media, LLC |
| 2/5/2020 | 1:2020cv00962 | nysdc | Cohen v. Glasshape North America, L.P. |
| 2/5/2020 | 1:2020cv01020 | nysdc | Gonzalez v. 3X1 NYC, LLC |
| 2/5/2020 | 1:2020cv01022 | nysdc | Gonzalez v. Jean Atelier LLC |
| 2/5/2020 | 1:2020cv01023 | nysdc | Paskova v. Siegelson's Diamonds Inc. |
| 2/5/2020 | 4:2020cv00206 | moedc | Paskova v. Blanc Media, LLC |
| 2/5/2020 | 4:2020cv00097 | txndc | McDermott v. Salem Media Group, Inc. |

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 2/5/2020 | 4:2020cv00406 | txsdc | Taggart v. Graham Media Group, Inc. |
| 2/4/2020 | 1:2020cv00958 | nysdc | Brecheis v. Buzzworthy, Inc. |
| 2/4/2020 | 1:2020cv00959 | nysdc | Mishiev v. Hadid A//K/A Bella Hadid |
| 2/4/2020 | 1:2020cv00121 | nyndc | Pangritz v. Ulster Publishing Company, Inc. |
| 2/3/2020 | 1:2020cv00926 | nysdc | Ramales v. Alexander Wang Incorporated |
| 2/2/2020 | 1:2020cv00893 | nysdc | Dermansky v. Tango Publishing Corporation |
| 2/2/2020 | 4:2020cv00184 | moedc | Sonnenmair v. Awkward Mom, LLC |
| 2/2/2020 | 6:2020cv00082 | txwdc | Johnson v. Rainbow International LLC |
| 2/2/2020 | 3:2020cv00099 | wiwdc | Johnson, Geoff v. Environment Solutions, LLC |
| 1/31/2020 | 1:2020cv00544 | nyedc | Meyer v. Next News Network Holdings, Inc. |
| 1/31/2020 | 1:2020cv00838 | nysdc | Au v. Radisson Hotels International, Inc. |
| 1/30/2020 | 1:2020cv00804 | nysdc | McLachlan v. TImes Internet (US) Ltd. |
| 1/30/2020 | 1:2020cv00805 | nysdc | Au v. AMC Entertainment Holdings, Inc. |
| 1/29/2020 | 1:2020cv00767 | nysdc | Polaris Images Corporation v. British Broadcasting Corporation |
| 1/29/2020 | 1:2020cv00801 | nysdc | Markisz v. National Academy of Recording Arts & Sciences, Inc. |
| 1/29/2020 | 4:2020cv00075 | txndc | Wade v. NBCUniversal Media, LLC |
| 1/28/2020 | 1:2020cv00738 | nysdc | Alfred v. ESPN, Inc. |
| 1/27/2020 | 1:2020cv00698 | nysdc | Dennison v. Storyful Americas, LLC |
| 1/27/2020 | 1:2020cv00699 | nysdc | Juliff v. Headout Inc. |
| 1/27/2020 | 1:2020cv00736 | nysdc | Quere v. Rinaldini Distribution Inc. |
| 1/27/2020 | 1:2020cv00737 | nysdc | Exler v. Homeric Tours, Inc. |
| 1/27/2020 | 1:2020cv00222 | codc | Thorn v. J & B Importers, Inc. |
| 1/26/2020 | 4:2020cv00293 | txsdc | Bee Creek Photography v. Nuvila Electric LLC |
| 1/24/2020 | 1:2020cv00383 | nyedc | Brown v. Pro-Set Inc. |
| 1/24/2020 | 2:2020cv00184 | azdc | Burns v. Mavericks Real Estate LLC |
| 1/23/2020 | 1:2020cv00382 | nyedc | Karavani v. Alpha Realty Capital LLC |
| 1/23/2020 | 1:2020cv00196 | codc | Au v. Generator Source LLC |
| 1/22/2020 | 2:2020cv00365 | nyedc | Bolden v. Skims Body, Inc. et. al. |
| 1/22/2020 | 1:2020cv00081 | nywdc | Wagar v. 443 Main Street, Niagara Falls, N.Y. Corp. |
| 1/21/2020 | 1:2020cv00178 | codc | Wagar v. Big R Holdings, Inc. |
| 1/20/2020 | 2:2020cv00321 | nyedc | Maggio v. Good Times Magazine Ltd. et. al. |
| 1/17/2020 | 1:2020cv00310 | nyedc | Bari v. Impremedia Operating Company, LLC |
| 1/17/2020 | 1:2020cv00311 | nyedc | Traschel v. Revolve Group, Inc. |
| 1/17/2020 | 1:2020cv00492 | nysdc | Callan v. Hellas Journal Inc. |
| 1/17/2020 | 2:2020cv00139 | azdc | Burns v. Stonebrooke Management LLC |
| 1/16/2020 | 2:2020cv00293 | nyedc | Detweiler v. Halloween Media Inc. |
| 1/16/2020 | 1:2020cv00292 | nyedc | Enzerink v. Cranbury Overseas Limited Liability Company |
| 1/16/2020 | 1:2020cv00456 | nysdc | Au v. MLB Advanced Media, L.P. |
| 1/16/2020 | 1:2020cv00457 | nysdc | Hympendahl v. New York Intelligence Agency Inc. |
| 1/16/2020 | 1:2020cv00137 | codc | Adlife Marketing & Communications Company, Inc. v. Kroger Co, The |
| 1/16/2020 | 3:2020cv00042 | wiwdc | Adlife Marketing & Communications Company, Inc. v. Meijer Stores Limited Partnership |
| 1/15/2020 | 1:2020cv00414 | nysdc | Benham v. Colliers International NY LLC |
| 1/15/2020 | 1:2020cv00059 | nywdc | Wagar v. Marriott International, Inc. |
| 1/13/2020 | 1:2020cv00228 | nyedc | Blaich v. BFC Partners Development LLC |

| Date Filed | Case Number | Court | Case Title |
|---|---|---|---|
| 1/13/2020 | 2:2020cv00229 | nyedc | PDK Commercial Photographers, Ltd. v. Thyssenkrupp Elevator Corporation |
| 1/13/2020 | 2:2020cv00053 | pawdc | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. NASER FOODS |
| 1/12/2020 | 2:2020cv00051 | pawdc | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. MI DI, INC. |
| 1/12/2020 | 2:2020cv00052 | pawdc | ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. v. DIMARK ENTERPRISES, INC. |
| 1/9/2020 | 1:2020cv00225 | nysdc | Martinka v. Planck, LLC |
| 1/9/2020 | 1:2020cv00033 | nywdc | Martinka v. Primo Experiences, Inc. |
| 1/9/2020 | 4:2020cv00088 | txsdc | Sadowski v. Liberman Broadcasting, Inc. |
| 1/8/2020 | 1:2020cv00168 | nyedc | Martinka v. Brownstoner Media LLC |
| 1/8/2020 | 1:2020cv00179 | nysdc | Marzullo v. MoviePass Inc. |
| 1/8/2020 | 1:2020cv00180 | nysdc | Capital Art, Inc. v. Bonhams & Butterfields Auctioneers Corporation |
| 1/7/2020 | 1:2020cv00152 | nysdc | Wolman v. Complex Media, Inc. |
| 1/7/2020 | 1:2020cv00153 | nysdc | Hirsch v. Sell it Social, LLC |
| 1/6/2020 | 1:2020cv00116 | nysdc | Barbera v. Grande et al |
| 1/6/2020 | 1:2020cv00117 | nysdc | Beasley v. CBS Broadcasting Inc. |
| 1/6/2020 | 1:2020cv00118 | nysdc | O'Neil v. Ali G. Inc. |
| 1/5/2020 | 2:2020cv00067 | nyedc | Donovan v. Athlete Logos LLC |
| 1/5/2020 | 1:2020cv00068 | nyedc | Ohman v. Weylin Seymour LLC |
| 1/5/2020 | 1:2020cv00064 | nysdc | Bass v. Barstool Sports, Inc. |
| 1/5/2020 | 1:2020cv00026 | codc | Sandberg v. Bonneville International Corporation |
| 1/4/2020 | 1:2020cv00057 | nysdc | PDK Commercial Photographers, Ltd. v. GRI American European LLC |
| 1/4/2020 | 1:2020cv00058 | nysdc | Yang v. Crafty Contraptions, LLC |
| 1/4/2020 | 1:2020cv00059 | nysdc | Tacon v. Content IQ LLC |
| 1/3/2020 | 1:2020cv00064 | nyedc | Vila v. Mango USA, Inc. |
| 1/3/2020 | 1:2020cv00046 | nysdc | Vila v. Calzedonia USA Inc. |
| 1/3/2020 | 1:2020cv00055 | nysdc | PDK Commercial Photographers, Ltd. v. Eagle Transfer Corp. |
| 1/3/2020 | 1:2020cv00056 | nysdc | PDK Commercial Photographers, Ltd. v. Workville LLC |
| 1/2/2020 | 1:2020cv00038 | nyedc | Ryan v. Priley Lane LLC |
| 1/2/2020 | 1:2020cv00014 | nysdc | Singer v. Goop Inc. |
| 1/2/2020 | 4:2020cv00011 | txsdc | Amorphous v. RRJJJD, LLC |
| 1/1/2020 | 1:2020cv00002 | nysdc | Josselsohn v. Universal Pictures Home Entertainment LLC |
| 1/1/2020 | 1:2020cv00003 | nysdc | Wilson v. D'Apostrophe Design Inc. |
| 1/1/2020 | 3:2020cv00001 | txndc | Esposito v. Cold Jet LLC |