**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN YANG | 1:18-cv-07628 (AJN) |
| Plaintiffs, | ECF Case |
| - against – | **NOTICE OF MOTION** |
| MIC NETWORK INC. | |
| Defendant. | |

  **PLEASE TAKE NOTICE** that, upon this Notice of Motion and the Memorandum of Law attached hereto, and the pleadings and prior proceedings herein; Plaintiff Stephen Yang will move the Court, before the Honorable Alison J. Nathan (U.S.D.J.) at the United States District Court, 40 Foley Square, New York, NY 10007, at a time and place determined by the Court for an Order GRANTING Plaintiff's motion to STRIKE Docket #39 from the record pursuant to Local Rule 6.1(b) and the Court's inherent power to manage the docket in an orderly manner. In the alternative, if the Court does not strike Defendant's supplemental brief, then Plaintiff respectfully requests the opportunity to file a four-page letter response with accompanying exhibits.

  **PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers, if any, must be served within 14 days after this motion and Plaintiff's reply shall be served within seven days thereafter.

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**s/richardliebowitz/**
Richard Liebowitz, Esq.

1

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff*

TO:

Eleanor Martine Lackman
Mitchell Silberberg & Knupp LLP
437 Madison Avenue
25th Floor
New York, NY 10022
212-509-3900
Email: eml@msk.com

*Defendant*