UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN YANG<br><br>                    Plaintiff,<br><br>- against –<br><br>MIC NETWORK INC.<br><br>                    Defendant. | 1:18-cv-07628 (AJN)<br><br>ECF Case<br><br><br><u>**NOTICE OF APPEAL**</u> |

**NOTICE** is hereby given that plaintiff Stephen Yang ("Plaintiff") in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order signed by Honorable Alison J. Nathan (U.S.D.J.) on September 24, 2019 which dismissed Plaintiff's claim against Defendant Mic Network, Inc. on grounds of fair use, 17 U.S.C. §107 [Docket No. 26] and Clerk's Judgment entered on September 25, 2019. [Docket No. 27]

Dated: December 7, 2020
Valley Stream, New York

                                              Respectfully Submitted:

                                              **s/jameshfreeman/**
                                              By:  James H. Freeman
                                              LIEBOWITZ LAW FIRM, PLLC
                                              11 Sunrise Plaza, Ste. 305
                                              Valley Stream, NY 11580
                                              (516) 233-1660
                                              F: (516) 612-2740
                                              jf@LiebowitzLawFirm.com

                                              *Counsel for Plaintiff*

TO:

Eleanor Martine Lackman
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue
25th Floor
New York, NY 10022
212-509-3900
Email: eml@msk.com