UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN YANG,

            Plaintiff,

  v.

MIC NETWORK, INC.,

            Defendant.

Case No. 18 Civ. 07628 (AJN)

## NOTICE OF CROSS-APPEAL

    Notice is hereby given that Mic Network, Inc. ("Mic"), defendant in the above-captioned action, hereby cross-appeals to the United States Court of Appeals for the Second Circuit from that portion of the order entered herein on November 9, 2020 (Dkt. No. 46), which denied Mic's motion for attorney's fees and sanctions pursuant to 17 U.S.C. § 505, 28 U.S.C. § 1927, and the Court's inherent powers (Dkt. No. 30).

Dated: New York, New York
        December 21, 2020

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP

By: _____
Eleanor M. Lackman
437 Madison Avenue, 25th Floor
New York, New York 10022
Tel.: (212) 509-3900
Fax: (212) 509-7239
eml@msk.com

*Attorneys for Defendant/Cross-Appellant Mic Network, Inc.*